[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1685

UNITED STATES,

Appellee,

v.

DAVID GELL,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge] 



Before

Boudin, Stahl and Lynch,
Circuit Judges. 



Thomas V. Laprade and Lambert, Coffin, Rudman & Hochman on brief 
for appellant.
Jay P. McCloskey, United States Attorney, Margaret D. McGaughey, 
and Helene Kazanjian Assistant United States Attorneys, on brief for
appellee.



February 4, 1998


Per Curiam. We have thoroughly reviewed the record 

on appeal and the submissions of the parties, and we affirm.

Since the government's witness at sentencing testified that

he had purchased at least five kilograms of cocaine from the

appellant during 1995 alone, and that appellant had sold

cocaine to the witness on several other occasions, there was

no clear error in the sentencing court's conclusion that

appellant was responsible for the distribution of at least

five kilograms. United States v. Lindia, 82 F.3d 1154, 1159 

(1st Cir. 1996) (sentencing court must make credibility

determinations, and reviewing court will only set those aside

for clear error). It is apparent from the sentencing

transcript and from the sentencing court's written statement

of reasons that the court relied on that evidence. United 

States v. Van, 87 F.3d 1 (1st Cir. 1996). Thus, the court 

properly adopted a base offense level of 32, pursuant to

U.S.S.G. 2D1.1(c)(4).

Affirmed. Loc. R. 27.1. 

-2-